# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**REGINALD BERNARD SCOTT,**          )
                                     )
    **Plaintiff,**                    )
                                     )
**vs.**                              )  Case No. 7:14-cv-01347-CLS-HGD
                                     )
**CAPTAIN JOHN HUTTON, et al.,**     )
                                     )
    **Defendants.**                   )

## ORDER

The magistrate judge filed a report and recommendation on July 17, 2015, recommending that all claims against all defendants be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the exception of the excessive force claims against Captain John Hutton and the Cert Team members.[1]  The magistrate judge further recommended that the excessive force claims against Captain John Hutton and the Cert Team members be referred to him for further proceedings.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his

---

[1] Doc. no. 9.

recommendation is ACCEPTED. Accordingly, it is ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the excessive force claims against Captain John Hutton and the Cert Team members, are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the excessive force claims against Captain John Hutton and the Cert Team members are REFERRED to the magistrate judge for further proceedings.

   DONE and ORDERED this 18th day of August, 2015.

                                              _____
                                              United States District Judge