FILED
2017 Jul-27 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **REGINALD BERNARD SCOTT,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 7:14-cv-01347-CLS-HNJ |
| **CAPTAIN JOHN HUTTON,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 20, 2016, recommending defendant's special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 24). Although the parties were advised of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations that defendant's motion for summary judgment be granted, and this action be dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 27th day of July, 2017.

                                                      /s/ Lynwood Smith
                                                      United States District Judge